# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148617

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KENNETH J. SPEICHER,
    Plaintiff-Appellee,

v

              SC: 148617
              COA: 306684
              Van Buren CC: 11-600857-CZ

COLUMBIA TOWNSHIP BOARD OF
TRUSTEES and COLUMBIA TOWNSHIP
PLANNING COMMISSION,
    Defendants-Appellants.

_____/

    On order of the Court, the application for leave to appeal the December 19, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether MCL 15.271(4) authorizes an award of attorney fees and costs to a plaintiff who obtains declaratory relief regarding claimed violations of the Open Meetings Act (MCL 15.261 *et seq*.), or whether the plaintiff must obtain injunctive relief as a necessary condition of recovering attorney fees and costs under MCL 15.271(4). The parties should not submit mere restatements of their application papers.

    Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



t0604

                Clerk